BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, Appellant, v. JULIUS FRIEDRICH Co., INC., Respondent, Impleaded with ELSIE WEITZ HALLINGS and Others, Defendants.— Motion for reargument denied. [See *ante*, p. 838.] Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, Appellant, v. FREDERICK WIEDMAN, as Executor, etc., of JOHN TENNISON, Deceased, EMMA RANDALL and Others, Respondents, Impleaded with ELSIE WEITZ HALLINGS and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 839.] Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, Appellant, Respondent, v. SIDNEY J. WILKIN and Others, Respondents, Appellants, Impleaded with ELSIE WEITZ HALLINGS and Others, Defendants.— Motions for leave to appeal to the Court of Appeals denied. [See *ante*, p. 366.] Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

RUTH MARTINEAU, as Administratrix, etc., of MARJORIE FAILEN, Deceased, Appellant, v. THE CITY OF SYRACUSE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

In the Matter of the Application of THE MARINE TRUST COMPANY OF BUFFALO, Petitioner, Respondent, for an Order against EDWIN B. KENNGOTT, County Clerk, Erie County, Respondent, Appellant.— Application to file a brief as *amicus curiæ* granted to The Great Lakes Commercial Corporation and The Buffalo Industrial Bank. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KOLAKOWSKI, Appellant.— Motion to appeal on longhand or typewritten papers denied. Memorandum: This is the second time that appellant's motion has been denied on the ground that merit to the appeal is not shown. Appellant claims to have newly-discovered evidence that will prove his innocence. Such evidence cannot be considered on an appeal, but may be used on a motion for new trial in the trial court. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.